UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KAREEM HINES, PRIAMO FERMIN and
NEFTALI PELLOT, individually and on
behalf of all others similarly situated,

                    Plaintiffs,

- against -

CBS CORPORATION; CBS TELEVISION
STUDIOS; HILL OF BEANS
PRODUCTIONS, INC.; TIMBERMAN-
BEVERLY PRODUCTIONS, INC.;
SHOWTIME ENTERTAINMENT, INC.;
K/O PAPER PRODUCTS, INC.; ACTION
THIS DAY!, INC.; and RELATIVITY
MEDIA, LLC,

                    Defendants.

**ORDER**

15 Civ. 7882 (PGG) (RWL)

PAUL G. GARDEPHE, U.S.D.J.:

        On February 5, 2019, Magistrate Judge Lehrburger issued an order granting approval of the parties' class and FLSA collective action settlement. (See Dkt. No. 202) The February 5, 2019 order provides that "[u]pon the Effective Date, the action shall be dismissed in its entirety, with prejudice." (Id. at 21) The Effective Date is defined as "thirty (30) days after the date of this Order if no party appeals this Order." (Id. at 29) More than thirty days have elapsed, and no party has appealed. Accordingly, this action is dismissed with prejudice. The Clerk of the Court is directed to close this case.

Dated: New York, New York
      April 3, 2019

                              SO ORDERED.

                              Paul G. Gardephe
                              United States District Judge